UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARTIN SANCHEZ, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-07-122 |
| | § | |
| DAN JOSLIN, | § | |
| | § | |
| Respondent. | § | |

**ORDER DENYING AS MOOT PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH NOTICE OF DEFICIENT PLEADING**

Petitioner's motion for an extension of time to comply with the notice of deficient pleading (D.E. 8) is denied as moot. Petitioner has complied.

ORDERED this 3rd day of April, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE